UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

Robert Morris, et al.
              Plaintiff,

vs.

Daniel Moreci, Superintendent Thomas (first name wasn't given), Sheriff Jeff Thomas, Jail Administrator Jody Thrussell, Sergeant Kidd (first name wasn't given)
              Defendents,

Case no. 13-2079

Honorable Judge (Chief) James E. Shadid

## Amended Complaint

Now comes Plaintiff's Robert Morris and Esteban Calderon (Pro Se) submitting an Amended Complaint attached with a Status Report, moving the court as follows:

1. Defendant Daniel Moreci is the Director of Division 9 in the Cook County Jail. Defendant is in charge of Directing Proper Protocol and the Safety procedures of transferring detainees from defendant's supervised building to outside counties. That may be in connection with the needing help of the County Jail, due to the overcrowding. (Case statue 55 ILCS § 5/3-15003(6) as such in *Healy v. Wisconsin*, 65 Fed. Appx. 567 (7th Cir. 2003))

2. Defendant Superintendant Thomas is the Superintendent for Division 9 in the Cook County Jail. Defendant is in charge for the names of detainees that are unexpectly placed on shippment. When Plaintiff grieved this specific matter the defendant failed to report this situation and to do a very thorough investigation upon these counties. Plaintiff has been to two different counties since incarceration and both counties policies are to abide by strip searches frequently! There has been these same complaints about these strip searches in other counties within the many years transportation has

been provided for overcrowding. (Gordon Young (#2009-092-8134) vs. The Cook County Jail, et al.

3. Defendant Sheriff Jeff Thomas is the Sheriff for the town of Sullivan Illinois. Defendant is also the Sheriff in charge of the Moultrie County Detention Center. Defendant placed Jail Administrator Jody Thrussell and Sergeant Kidd (defendants in this matter) in charge of the Moultrie County Jail, while defendant meets other quota's. Defendant orchestrated the Strip Search that was done on January 28th, 2013 at appx. 9am. Defendant wasn't present when Plaintiff was maliciously violated by the Sergeant and the officer working on the day of the incident. Defendant stepped out of the room for a minute, where the incident happened, and came back momentarily once the Strip Search was done.

4. Defendant Jail Administrator Jody Thrussell has the right to oversee many decisions made by officers and or sergeants in the Moultrie County Jail. Defendant Status Known is superior. When detainees were all aware that a Strip Search was about to be done, all detainees housed there in Moultrie, from the Cook County Jail protested. The cause and effect was poor and unhelpful. Defendant ensured detainees all; "if detainees put up a fight about this matter, then detainees will be charged with a case and that detainees will be restricted of all priveldges. Also detainees will be thrown in Segregation for insubordination."

5. Defendant Sergeant Kidd is a Sergeant in the Moultrie County Detention Center. Sergeant Kidd works preferably the 6pm to 6am shift (12 hours). Due to the missing metal object that was supposedly missing from the facility, Sergeant Kidd was called in to investigate this matter thoroughly. Defendant ushered detainees to a Secluded room (area) where all would be searched one by one. When Plaintiff Morris was then inside this room, Plaintiff noticed Co-Plaintiff (Calderon) being strip searched by the Sergeant (Kidd). Moments later Plaintiff Morris was Strip Searched by Officer Burdick and Sergeant Kidd. Sergeant Kidd's referral to Plaintiff Morris being strip search, was: "Bend over like a Stripper and Spread em'". Plaintiff Morris protested but Sergeant Kidd ordered Morris to "Squat and Cough". Once Morris turned around, Sergeant Kidd stuck his finger in Plaintiff Morris' rectum. Plaintiff Morris

feels violated as a human-being, and Plaintiff is still shocked by the wrongdoing from Jail officials in the Moultrie County Jail.

In Closing:

### Status Report

1. On June 13th, 2013 Plaintiff Morris, et al. was due to have a conference telephone call, that was sent to Plaintiff on May 29th, 2013.

2. Plaintiff Morris feels that the Cook County Jail sent Plaintiff to Kankakee County located, 3050 Justice Way, Kankakee Ill., 60901, purposely so Plaintiff may miss the importance of this claim and the whereabouts of this claim.

3. Due to the lack of Legal knowledge known by Plaintiff and Co-Plaintiff (Calderon) Plaintiff Morris awaits the Courts Merit Review that was ordered by Chief Judge James E. Shadid. The telephone Conference call was cancelled, but soon to be recalled, assumingly.

4. With this all being said, Plaintiff In-Closes with an Amended Complaint, includes attachments of exhausted remedies, and this here Status Report. (Moultrie & Cook Co.)

Wherefore Plaintiff Morris, et al. prays that this court will accept the Amended complaint and hopefully a reply is decided, therefore Plaintiff may further his knowledge in this Claim.

Very Truly Yours,

State of Illinois )
 )
 ) SS.
County of Urbana )
 )

The undersigned, under penalties of perjury and penalties provided by law pursuant to Section 1-109 of the Code of Civil procedures, Certifies this action is true and correct and subscribed before me on September 15TH, 2013.

Robert E. Mosely
Self Notary 7355109
Affiant

Co-Plaintiff

Esteban Calderon
Self Notary 7355709
Affiant

# Central District of Illinois
## Urbana Division

| | |
|---|---|
| Robert E. Morris, et al. Plaintiff | Case no. 13-2079 |
| vs. | |
| Daniel Morsei, Superintendent Thomas, (First name wasn't given), Sheriff Jeff Thomas, Jail Administrator Jody Thrussell, Sergeant Kidd (First name wasn't given) Defendants, | Honorable Judge (Chief) James E. Shadid |

## Notice of Filing

To: The Clerk
U.S. District Court
Central District of Illinois
201 S. Vine St.
Urbana Ill, 61801

Please Take Notice that on September 15th, 2013 at appx. 10:15 pm, I Robert Morris, et al., Plaintiffs Pro Se, am filing an additional Amended Complaint attached with a Status Report, based on documentation as being presented.

## Certificate of Service

I Robert Morris, et al., swear under penalty of perjury that I served a copy of the Amended Complaint attached with a Status Report on September 15th, 2013 to the Clerk of the U.S. District Court, Central District of Illinois, Urbana Division, 201 S. Vine St., Urbana Ill., 61801.